UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREE TOP, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATURIPE FOODS, LLC, a Delaware domestic limited liability company, MUNGER BROS., LLC, a California limited liability company; MUNGER FARMS, LLC, a California limited liability company; MONARCH NUT COMPANY, LLC, a California limited liability company<br><br>Defendants. | NO: 1:14-CV-3103-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal with Prejudice (ECF No. 28). The parties have stipulated to the dismissal of this case with prejudice and without an award of fees or costs to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS ORDERED**:

The parties' Stipulation for Order of Dismissal with Prejudice (ECF No. 28) is **GRANTED**. The above entitled action and all causes therein are **DISMISSED** with prejudice and without an award of fees or costs to either party.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** February 12, 2016.




THOMAS O. RICE
Chief United States District Judge